UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

Jasmin Larian, LLC

                Plaintiff,

    -v-

Joseph D'Arezzo, Inc.

                Defendant.

------------------------------------------------------------- X

1:19-cv-06347

ORDER TRANSFERRING VENUE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 18 2019

For good cause shown, and upon the stipulation of the parties, it is hereby ordered that this case is transferred to the United States District Court for the Central District of California located at 350 w. 1st Street, Los Angeles, CA. 90012.

SO ORDERED.

Dated: NOV 18 2019

Hon. George B. Daniels
United States District Judge